UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dreams USA, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Raw Goods LLC et al, <br><br> Defendant. | **Civil Action No.: 2:25-cv-01880** |

## NOTICE OF APPEARANCE.

I, Arvind Jayakumar, of JAYAKUMAR PLLC d/b/a JAYAKUMAR LAW respectfully submit an appearance in this case as counsel for Defendant ABC Products, Inc.

Dated: New York, NY
June 6, 2025

                                              Respectfully submitted,

                                              JAYAKUMAR LAW

*/s/ Arvind Jayakumar*
Arvind Jayakumar
130 E 36 Street 5R
New York, New York 10016
ajayakumar@jayakumarlaw.com
212-658-1748  Direct
214-598-8145  Mobile

*Counsel for Defendant*

## Certificate of Service

A copy of the foregoing was served upon all counsel who have entered an appearance via Electronic Case Filing (CM/ECF).

Dated: New York, NY
June 6, 2025

Respectfully submitted,

JAYAKUMAR LAW

*/s/ Arvind Jayakumar*
Arvind Jayakumar
130 E 36 Street 5R
New York, New York 10016
ajayakumar@jayakumarlaw.com
212-658-1748  Direct
214-598-8145  Mobile

*Counsel for Defendant*